

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00281-CV

Debbie **ABLES**,
Appellant

v.

Amber **HILL** DBA Amber Hill,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025CV02335
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We ORDER that no costs be assessed against appellant in relation to this appeal because appellant is indigent. TEX. R. APP. P. 20.1.

SIGNED September 17, 2025.

_____
Lori Massey Brissette, Justice